IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIAM TRAVIS                                                                                          PLAINTIFF

V.                                              CASE NO. 06-CV-1114

SHERIFF JAMES ROBINSON;
JAIL ADMINISTRATOR
DAVID OLIVER; and
JAILER JOSE MONDRAGON                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 21, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). Judge Bryant recommends that this case be dismissed with prejudice on the grounds that Plaintiff has failed to prosecute this action and comply with an order of the Court. *See* Fed. R. Civ. P. 41(b). The Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of March, 2008.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge